UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-000181-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| DEMETRIC EVAN WARD, JR. | |

On motion of the Defendant, Demetric Evan Ward, Jr., and for good cause shown, it is hereby ORDERED that **[DE 45]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  5  day of  February , 2021.

_____
JAMES C. DEVER III
United States District Judge